MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES J. FAY et al., Respondents.

Argued May 16, 1939; decided July 11, 1939.

*Lewis F. X. Cotignola* and *Maurice Finkelstein* for appellant.

*Richard L. Maloney, Jr.,* and *Charles J. Fay* for respondents.

*Leon London* for Fannie Bell, as *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.